IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Santiago Abreu, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>McKnights Irish Pub, LLC,<br><br>Defendant(s). | **Case No.: 16-cv-01598-CMA-MEH**<br><br>NOTICE OF SETTLEMENT |

PLEASE TAKE NOTICE that Plaintiff, Santiago Abreu, and Defendant, McKnights Irish Pub, LLC, have agreed to settle this action. Accordingly, the Parties respectfully request the Court continue all hearings and deadlines presently scheduled before the Court and stay all other matters in this action for a period of sixty (60) days while the Parties negotiate and finalize settlement documents.

**RESPECTFULLY SUBMITTED** this 30th day of November, 2016.

                                          **Nathan B. Kennedy & Associates LLC**

                                          By: *s/ Nathan B. Kennedy*
                                          Nathan B. Kennedy
                                          6155 S. Main St., Ste. 205
                                          Aurora, Colorado 80016
                                          Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on the date stated above, a copy of the foregoing has been transmitted electronically to the CM-ECF filing system for filing and transmittal along with copies transmitted to the following parties via email and first class mail to parties who are not registered participants of the CM-ECF System:

Lee Freedman, Defendant's Attorney
    lfreedman@fedlmann-nagel.com

*s/ Nathan B. Kennedy*
Nathan B. Kennedy